No. 90–1468. DETWILER v. CITY OF AKRON. Ct. App. Ohio, Summit County. Certiorari denied.

No. 90–1490. CELOTEX CORP. v. KING ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–1496. STEEG ET UX. v. CITY OF DEARBORN HEIGHTS, MICHIGAN, ET AL. Ct. App. Mich. Certiorari denied.

No. 90–1515. YARCHAK, FATHER AND ADMINISTRATOR OF THE ESTATE OF YARCHAK, DECEASED v. MUNFORD, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 90–1523. AMERICAN BOOKSELLERS ASSN., INC., ET AL. v. WEBB ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1524. SMITH v. SMITH. Super. Ct. Pa. Certiorari denied.

No. 90–1529. LUBART v. COLLINS, COLLINS & DINARDO. C. A. 2d Cir. Certiorari denied.

No. 90–1531. SOUTHEAST KANSAS COMMUNITY ACTION PROGRAM v. GRANT, SECRETARY, KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT. Ct. App. Kan. Certiorari denied.

No. 90–1534. HOLLINGSWORTH v. TEXAS ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 90–1535. CONE CORP. ET AL. v. FLORIDA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1536. HUNT ET AL. v. BUTLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1537. LOCAL 322, ALLIED INDUSTRIAL WORKERS OF AMERICA, AFL–CIO v. JOHNSON CONTROLS, INC. C. A. 7th Cir. Certiorari denied.

No. 90–1540. WEISS v. FEDERAL RESERVE BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.